# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1536

**Short Case Caption:** Colage v. Collins

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account].  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| DOUGLAS A. COLLINS, Secretary of Veterans Affairs | |
|---|---|
| **Principal Counsel:** Augustus Golden | Admission Date: N/A |
| Firm/Agency/Org.: U.S. Dep't of Justice, Civil Division, Commercial Litigation Branch | |
| Address: P.O. Box 480, Ben Franklin Station, Washington, DC 20044 | |
| Phone: 202-305-5915 | Email: Augustus.J.Golden@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/17/25

Signature: /s/ Augustus Golden

Name: Augustus Golden

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Case Number** 2025-1536

**Short Case Caption** Colage v. Collins

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 3/17/25

by ☑ U.S. Mail ☐ Hand Delivery ☐ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| John O. Colage | 1015 E 700 S<br>North Judson, IN 46366 |
| | |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 3/17/2025

Signature: /s/ Augustus Golden

Name: Augustus Golden