# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF UNREPRESENTED PERSON APPEARANCE

**Case Number**   2025-1536   (Originating Case 23-8027 USCAVC)

**Short Case Caption**   COLAGE v. COLLINS

**Instructions:** Refer to Federal Circuit Rule 47.3 for requirements governing appearance in this court. Unrepresented persons must immediately file an amended Form 8B if contact information changes. **A motion must be filed to change either the filing or service selection during the pendency of the case.**

Complete page 1 of this form and, if applicable, either page 2 or 3 corresponding to your filing and service selection. **Submit only one of pages 2 or 3; do not submit both.**

## ENTRY OF APPEARANCE

I am entering my appearance on my own behalf ("pro se") in the above case.

**Name:**   John O. Colage

**Address:**   1015 E 700 S

North Judson, IN 46366

**Phone:**  (574) 806-4503          **Email:** jcolage@aol.com

## FILING AND SERVICE SELECTION

I will file all documents in the above case (select only one):

- ☑ in paper form by mail or in person, and I elect to receive all service by mail only.

- ☐ through the court's electronic filing system, and I have completed **page 2 (Consent to Electronic Filing and Service)**; I understand I will receive service by email only.

- ☐ in paper form by mail or in person, and I elect to receive all service by email at the above email address and have completed **page 3 (Consent to Paper Filing and Electronic Service).**

I certify that all information is true and correct and that a failure to abide by the above selections may result in my case being delayed or other actions deemed necessary by the court.

Date: 3/16/20          Signature: _____

Name:   John O. Colage

**RECEIVED**

APR 0 3 2025

COLAGE
1015 E 2005
@ Judson, IN
46366

Retail

U.S. POSTAGE PAID
FCM LETTER
KNOX, IN 46534
MAR 24, 2025

UNITED STATES
POSTAL SERVICE

20439

$3.23

RDC 99    0 Lb 0.30 Oz    92324M563137-44

U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, D.C. 20439

USPS TRACKING® #