IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

JOHN O. COLAGE,

    Claimant-Appellant,

v.

DOUGLAS A. COLLINS,
Secretary of Veterans Affairs,

    Respondent-Appellee.

No. 25-1536

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE RESPONSIVE BRIEF

Pursuant to Federal Rule of Appellate Procedure (FRAP) 26 and Federal Circuit Rules 26 and 27, respondent-appellee Douglas A. Collins, Secretary of Veterans Affairs, respectfully requests that the Court grant a second extension of time to the Secretary's deadline to file the responsive informal brief. We request that the Court extend the deadline for our response brief by a further seven days, to and including June 30, 2025.

Pursuant to FRAP 26(a)(1)(C), respondent-appellee's brief currently is due on June 23, 2025. This is our second request for an extension of time to file a response brief. Our brief was originally due on June 9, 2025, and our first request for an extension of time requested an enlargement of 14 days. *See* ECF No. 8 (May 29, 2025). Our first request for an extension of time was granted by the clerk via ECF on

May 30, 2025. Undersigned counsel contacted Mr. Colage via telephone on June 16, 2025, and Mr. Colage stated that he does not oppose the requested extension.

Pursuant to Federal Circuit Rule 26(b), good cause exists for the requested extension. Although we understand that the press of business in other courts is not necessarily cause for enlargement in this Court, undersigned counsel was ordered by the Court of Federal Claims on June 12, 2025 to file a cross-motion for judgment on the administrative record in *Bloom v. United States*, Fed. Cl. Case No. 24-442, by June 20, 2025. Due to the short deadline – as well as the Federal holiday on June 19, 2025 – we respectfully request this short additional extension to ensure that undersigned counsel has time to finalize the responsive brief in this case and seek the required supervisory review.

Therefore, good cause exists to grant the requested extension. For these reasons, we respectfully request that the Court grant an extension of 7 days, to and including June 30, 2025, within which to file the Secretary's responsive brief.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

/s/ Eric P. Bruskin
ERIC P. BRUSKIN
Assistant Director

/s/ Augustus Golden
AUGUSTUS GOLDEN
Trial Attorney
Commercial Litigation Branch
Civil Division, U.S. Dept. of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-5915
Facsimile: (202) 307-0972

June 16, 2025     Attorneys for Respondent-Appellee

## CERTIFICATE OF COMPLIANCE

This motion complies with the typeface and type-style limitations of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6), because and it was prepared in a proportionally spaced typeface, 14 point Garamond font, using Microsoft Word. This motion also complies with the length limitations of Fed. R. App. P. 27(d)(2) because it contains 321 words.

_____/s/ Augustus Golden_____

**FORM 30. Certificate of Service**

**Form 30**
**July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Case Number**   2025-1536

**Short Case Caption**   Colage v. Collins

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 6/16/25

by   ☑ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| John O. Colage | 1015 E 700 S<br>North Judson, IN 46366 |
| | |
| | |
| | |
| | |

☐   Additional pages attached.

Date: 6/16/2025

Signature:   /s/ Augustus Golden

Name:   Augustus Golden